

# IN THE
# TENTH COURT OF APPEALS

### No. 10-17-00258-CV

**CITY OF FORT WORTH,**

                                                           **Appellant**

 v.

**JEFF HART, AS NEXT FRIEND
OF K.H., A MINOR, FARMERS
TEXAS COUNTY MUTUAL
INSURANCE COMPANY, AND
RACHEL E. HOWARD,**

                                                         **Appellees**

---

### From the 18th District Court
### Johnson County, Texas
### Trial Court No. DC-C201600644

---

## O R D E R

---

Appellees' motion for rehearing is denied. The Court's Memorandum Opinion and judgment, dated October 10, 2018, are withdrawn, and the Memorandum Opinion and judgment dated January 2, 2019, are substituted therefore in order to include all parties in the case heading and judgment.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Order issued and filed January 2, 2019

